UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                        Crim. No. 06-309 (JNE/AJB)
                                                           ORDER

Maurice Lee McFarland,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on October 26, 2006. The magistrate judge recommended that Maurice Lee McFarland's Motions to Suppress Evidence of Search and Related Seizures and to Suppress Statements be denied. McFarland objected to the Report and Recommendation, and the Government responded. Based on a de novo review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     McFarland's Motion to Suppress Evidence of Search and Related Seizures [Docket No. 16] is DENIED.

2.     McFarland's Motion to Suppress Statements [Docket No. 17] is DENIED.

Dated: December 19, 2006

                                                         s/ Joan N. Ericksen
                                                         JOAN N. ERICKSEN
                                                         United States District Judge